United States District Court
Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    RAMELLO RANDLE,                            Case No.  24-cv-06574-JSC

8                     Plaintiff,

9            v.                                 **ORDER OF DISMISSAL**

10   LIEUTENANT LOPES, et al.,

11                    Defendants.

12

13           Plaintiff, proceeding without attorney representation, filed this civil rights action on

14   September 19, 2024.  On the same day, the Clerk notified Plaintiff that he had neither paid the

15   filing fee nor completed an application to proceed in forma pauperis ("IFP").  The Clerk mailed

16   Plaintiff the Court's IFP application along with the deficiency notice, as well as a stamped return

17   envelope and instructions for completing the form.  The notice informed him that the case would

18   be dismissed if he did not either pay the filing fee or file a completed IFP application within 28

19   days.  No response has been received.[1]  As Plaintiff has not paid the filing fee or completed an IFP

20   application, and he has not shown cause why not, this case is DISMISSED without prejudice.

21           The Clerk shall enter judgment and close the file.

22           **IT IS SO ORDERED.**

23   Dated: January 10, 2025

24

25                                              _____
                                                JACQUELINE SCOTT CORLEY
26                                              United States District Judge

27

28   _____
     [1] Plaintiff also did not respond to the Order to notify the Court of his current mailing address.
     (ECF No. 4.)